# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ERIC D. JARVEY, et al., | ) | 3:99-CV-152-DWH (RAM) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 27, 2006 |
| | ) | |
| ROBERT BAYER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI           REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has received a letter from Jon Hawkins and Lynn Huffman, two of the Plaintiffs in this action. At the time this action was resolved Mr. Hawkins and Mr. Huffman were inmates at the Ely State Prison.

They have now apparently been transferred to the Nevada State Prison and are attempting to reopen this matter and enforce the settlement agreement as against the Nevada State Prison.

This case was closed in 2001 and has been put in the archives.

A copy of the settlement agreement was never given to the court, but from a review of what is available, the Minutes of the Settlement Conference (Doc. #108) and the Stipulation for Dismissal with Prejudice (Doc. #111) it appears to the court that the settlement was directed at the Ely State Prison only.

///

MINUTES OF THE COURT
3:99-CV-152-DWH (RAM)
March 27, 2006
Page Two
_____

      Under these circumstances, if Mr. Hawkins and Mr. Huffman believe that they have a viable claim concerning the conditions at the Nevada State Prison, they should initiate a new action.

      The Clerk shall **return** Plaintiffs' letter and attachments along with a copy of the Minutes of the Settlement Conference (Doc. #108) and the Stipulation for Dismissal with Prejudice (Doc. #111) referenced above.

      **IT IS SO ORDERED.**

                                          LANCE S. WILSON, CLERK

                                          By:_____/s/_____
                                                   Deputy Clerk